IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Case No.: 7:17-cv-240-D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>for the Use and Benefit of )<br>GROUP III MGT., INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DRAGADOS USA, INC., LIBERTY MUTUAL )<br>INSURANCE COMPANY, ZURICH AMERICAN )<br>INSURANCE COMPANY, and THE INSURANCE )<br>COMPANY OF THE STATE OF PENNSYLVANIA,)<br>)<br>Defendants. ) | **ORDER GRANTING STAY<br>PENDING ARBITRATION** |

The Joint Motion to Stay Pending Mediation and Arbitration of Plaintiff Group III Mgt., Inc. ("Plaintiff") and Defendants Dragados USA, Inc. ("Dragados"), Liberty Mutual Insurance Company, Zurich American Insurance Company and The Insurance Company of the State of Pennsylvania (collectively, the "Dragados Sureties") is before this Court.

This Court finds that all of Plaintiff's claims against Dragados arise from and depend upon a written subcontract between Plaintiff and Dragados, which contains an arbitration provision; that the arbitration provision is valid and enforceable; that good cause exists for granting the Motion; and that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the motion is GRANTED; that any further proceedings in this action are stayed until such time as Plaintiff's arbitrable claims have been arbitrated to conclusion; that upon entry of this Order, Plaintiff

1

and Dragados will proceed with binding arbitration of the dispute, subject to an arbitration agreement to be executed by the Plaintiff and Dragados; and that all proceedings against the Dragados Sureties are stayed pending the resolution of Plaintiff's arbitrable claims against Dragados.

SO ORDERED. This _2_ day of February 2018.

JAMES C. DEVER III
Chief United States District Judge